# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 03-cr-00467-WYD[1]-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. FERNANDO de la HOYA-CHAVEZ,

    Defendant.

## MINUTE ORDER[2]

    A hearing to determine whether any condition of supervised release has been violated **SHALL BE HELD July 19, 2013**, at 9:00 a.m. (MDT), in the United States District Court, 901 19th Street, Denver, Colorado 80294, courtroom A1001 before the Honorable Robert E. Blackburn, United States District Judge. To the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 22, 2013

---

[1] This case was reassigned to Judge Wiley Y. Daniel by the **Order Granting Defendant's Motion To Reassign and Transfer Case** [#400] entered August 12, 2011. However, Judge Robert E. Blackburn sentenced this defendant, and a judgment was entered on February 3, 2006. Therefore, Judge Blackburn shall hear the alleged violations of conditions of supervised release.

[2] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.